**Dismiss and Opinion Filed July 1, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00311-CV

**HOUSTON INTERNATIONAL INSURANCE GROUP, LTD., BUNKER HILL UNDERWRITERS AGENCY, INC., F/K/A BUNKER HILL INTERNATIONAL, LTD., BUNKER HILL UNDERWRITERS AGENCY (CHICAGO), INC., STEPHEN L. WAY, KEVIN CUNNINGHAM, AND MICHAEL LEAMANCZYK., Appellants**

**V.**

**NATIONSBUILDERS INSURANCE SERVICES, INC., SUNTX CAPITAL PARTNERS, LP, SUNTX MANAGEMENT CORP., AND NED N. FLEMING, III, Appellees**

---

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-06111**

---

## MEMORANDUM OPINION

Before Justices Moseley, O'Neill, and FitzGerald
Opinion by Justice FitzGerald

Appellants have filed a motion seeking to dismiss the appeal. We grant the motion and

dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

140311F.P05

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

HOUSTON INTERNATIONAL
INSURANCE GROUP, LTD., BUNKER
HILL UNDERWRITERS AGENCY, INC.
F/K/A BUNKER HILL INTERNATIONAL,
LTD., BUNKER HILL UNDERWRITERS
AGENCY (CHICAGO), INC., STEPHEN L.
WAY, KEVIN CUNNINGHAM, AND
MICHAEL LEAMANCZYK , Appellants

No. 05-14-00311-CV       V.

NATIONSBUILDERS INSURANCE
SERVICES, INC., SUNTX CAPITAL
PARTNERS, LP, SUNTX MANAGEMENT
CORP., AND NED N. FLEMING, III,
Appellees

On Appeal from the 134th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. 12-06111.
Opinion delivered by Justice FitzGerald.
Justices Moseley and O'Neill participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellees Nationsbuilders Insurance Services, Inc., Suntx Capital Partners, LP, Suntx Management Corp., and Ned N. Fleming, III recover their costs, if any, of this appeal from appellants Houston International Insurance Group, Ltd., Bunker Hill Underwriters Agency, Inc. f/k/a Bunker Hill International, Ltd., Bunker Hill Underwriters Agency (Chicago), Inc., Stephen L. Way, Kevin Cunningham, and Michael Leamanczyk.

Judgment entered July 1, 2014